UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA
FORT MYERS DIV.

ALPHONSO JAMES,
     Petitioner,

v.

CASE NO. 2:22-CV-255-JLB-NPM

STATE OF FLORIDA,
     Respondent.

---

PETITION FOR WRIT OF HABEAS
CORPUS PURSUANT TO ARTICLE I, §
9, CLAUSE 2, UNITED STATES
CONSTITUTION/28 U.S.C. §.
1651 (a)

---

ALPHONSO JAMES
#081362
APALACHEE C.I. - WEST
52 WEST UNIT DRIVE
Sneads, FL 32460



FILED

APR 21 2022

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

# TABLE OF CONTENTS

Table Of Authorities _ _ _ _ _ _ _ _ iii-vi

Statement Of Jurisdiction _ _ _ _ _ _ _ 1

Statement Of Issues _ _ _ _ _ _ _ _ 2

Statement Of The Case _ _ _ _ _ _ _ 2

   A. Procedural History _ _ _ _ _ _ _ _ 2
   B. Statement Of The Facts _ _ _ _ _ _ 3

Summary Of The Argument _ _ _ _ _ _ 3

Argument Factual Point In Affidavit
  Issue 1: On January 26, 2022, the Clerk
        of the District Court Of Appeal
        Second District, BY ORDER OF
        THE COURT is a clear abuse of
        discretion and usurpation of
        judicial power. For not ac-
        knowledging habeas corpus &
        affidavit showed separation of
        Powers _ _ _ _ _ _ _ _ _ 6-21

Conclusion _ _ _ _ _ _ _ _ _ _ _ 4
Sworn Certificate Of Service _ _ _ _ _ 5

i

APPENDIX _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ 24
   A. Notice To Invoke Discretionary
      Jurisdiction; Notice Of Compliance
      With § 86.091, Florida Statutes;
      Petition For Writ Of Habeas Corpus
      Ad Subjiciendum; Supplemental
      Sworn Affidavit Of Truth In Spe-
      cific Negative Averment In Sup-
      port Of Petition For Writ Of Habeas
      Corpus Ad Subjiciendum; and Appendix,
      Stamp dated on 12/14/2021.

APPENDIX _ _ _ _ _ _ _ _ _ _ _ _ _ _ 25
   B. Acknowledgment Of New Case Filed
      December 20, 2021, 2d DCA Case
      No. 2D21-3915.

APPENDIX _ _ _ _ _ _ _ _ _ _ _ _ _ _ 26
   C. Judicial Bond Filed on 01/04/2022.

APPENDIX _ _ _ _ _ _ _ _ _ _ _ _ _ _ 27
   D. BY ORDER OF THE COURT entered
      on January 26, 2022.

APPENDIX _ _ _ _ _ _ _ _ _ _ _ _ _ _ 28
   E. Motion For Rehearing/Clarification
      And Certification mailed/Filed
      on February 7, 2022, and Denied
      On February 21, 2022, by the Clerk.

# TABLE OF AUTHORITIES

**Cases**                                                      **Page No.**

B.H. v. State, 645 So. 2d 987, 992 (Fla. 1994) _ _ _ _ 7

Charles v. State, 204 So. 3d 63 (Fla. 4th DCA 2016) _ _ 11

Harrison v. State, 573 So. 2d 60 (Fla. 5th DCA 1990) _ _ 9

Houston v. Lack, 487 U.S. 266 (1988) _ _ _ _ _ _ 23

La Buy v. Howes Leather Co. (1957) _ _ _ _ _ _ 1
352 US 249, 1 L. Ed. 2d 290, 77 S. Ct. 309,
reh den US 249, 1 L. Ed. 2d 560, 77 S. Ct. 553

Murry's Lessee v. Hobokan Land & Improvement _ _ 9
Co., 59 U.S. (18 How) 272, 276 (1856)

Myers v. U.S., 272 U.S. 50, 293, _ _ _ _ _ _ 8
47 S. Ct. 21, 85 (1926)

Perez v. Bar, 957 F. 3d 958 (9th Cir. 2020) _ _ _ 1

State v. J.M.C., 714 So. 2d 1173 _ _ _ _ _ _ 9
(Fla. 2nd DCA 1993)

Thomas M. Cooley, A Treatise On _ _ _ _ _ _ 9
the Constitutional Limitations
356 (1868)

United States v. Kiss, 658 F. 2nd 516, 536 _ _ 7
(7th Cir. 1982), Cert Denied, 50 U.S.L.W. 2169 S. Ct.
March 22, 1989

# TABLE OF AUTHORITIES

<u>Cases</u>                                                    <u>Page No.</u>

U.S. v. Olano, 507 U.S. 725 (1993) _ _ _ _ _ _17

U.S. v. Quintana, 300 F. 3d 1227, _ _ _ _ _ _17
1232 (11th Cir. 2002)

827 So. 888 Amendment to Fla. _ _ _ _ _8
Rules of Appellate Procedure

U.S. v. Torres, 901 F. 2d 205, 228 _ _ _ _ _17
(2d Cir 1990)

Article I, Section 9, United States _ _ _ _1
Constitution

Art. I, § 13, Fla. Const. _ _ _ _ _ _ _3,8,12,16

Art. I, § 9, Cl. 2, U.S. Const. _ _ _ _ _ _3,8,12,16

Article III _ _ _ _ _ _ _ _ _ _ _ _7

Article X, Section 10 of the _ _ _ _ _ _ _7
Florida Constitution

Article III, Sections 4, 6, 7, and 9, _ _ _ _13
Florida Constitution

The Constitution of the United States _ _ _ _13
of America Article I, Section 9, Clause 2,
Habeas Corpus

iv

# TABLE OF AUTHORITIES

CASES                                          PAGE NO.

Article VI, Clause 2, Supreme Law ___ 13

Article VI, Clause 3, Oath of Office ___ 14

Amendment V [1791] _ _ _ _ _ _ _ 14

Amendment XIV [1868] _ _ _ _ 14

13th, 14th, 15th, and 19th Amendments _ _ _ 15

5th and 14th Amendments _ _ _ _ _ _ 16

Art. I, U.S. Const. _ _ _ _ _ _ _ 18

Art. II, § 2 _ _ _ _ _ _ _ 19

Art. III, U.S. Const. _ _ _ _ _ _ 19

Legislative (Article I) _ _ _ _ _ 19

Executive (Article II) _ _ _ _ _ 19

Judicial (Article III) _ _ _ _ _ _ 19

Article I, II, III, VI, U.S. Const. _ _ _ 19

v

# TABLE OF AUTHORITIES

| CASES | PAGE NO. |
|---|---|
| U.S. Const. Amend. I | 20 |
| Art. II, U.S. Const. | 20 |
| Art. III, and Amend. 5, 14, U.S. Const. | 20 |
| All Writs Act (28 U.S.C. § 1651(a) | 1 |
| 28 U.S.C. § 1651 (a) | 1 |
| 28 U.S.C. § 2254 | 1 |
| Fla. R. App. P. 9.020 (h) | 8 |
| Black's Law Dictionary pg. 424 (8th Abridged Ed. 2005) | 15 |
| Black's Law Dictionary p. 1134 (8th Abridged Ed. 2005) | 17 |
| Art. I, § 9, U.S. Const. | 19 |
| 893.13, Fla. Stat. | 7 |
| Florida Statutes 775 thru 948 | 7 |

## STATEMENT OF JURISDICTION

Article I, Section 9, United States Constitution; The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in cases of Rebellion or Invasion, the public safety may require it.

All Writs Act (28 USCS § 1651 (a)), is meant to be used only in exceptional case where there is clear abuse of discretion or usurpation of judicial power. La Buy v. Howes Leather Co. (1957) 352 US 249, 1 L. Ed. 2d 290, 77 S. Ct. 309, reh den (1957) 352 US 1019, 1 L. Ed. 2d 560, 77 S. Ct. 553.

The All Writs Act provides that "[t]he Supreme Court and all courts established by Act of Congress may issue — — — all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651 (a), Perez v. Bar, 957 F. 3d 958 (9th Cir. 2020).

28 U.S.C. § 2254, is not avalible to Petitioner because the one year statute of limitations has already expired, and this lack jurisdiction to invoke it by this Court.

Page-1

## STATEMENT OF ISSUES

The constitutional requirements of Title 28 U.S.C. § 1651 (a), are met due to petitioner's unrebutted Petition For Writ of Habeas Corpus Ad Subjiciendum, and Supplemental Sworn Affidavit of Truth In Specific Negative Averment In Support of Petition For Writ of Habeas Corpus Ad Subjiciendum; See Appendix A, and Appendix D, is not a order entered by a judge, it was entered by Clerk of Court, 2d DCA, no judge's decision, a clear abuse of discretion, and usurpation of judicial power. This is a constitutional violation of the 14th Amendment Due Process of judge's ruling or decision.

### Statement Of The Case

A. Procedural History

I, Petitioner ALPHONSO JAMES, by and through his "Authorized Representative," Noble Alphonso-James: Sr. [Ei], Third Party Interpleader filed all documents contained in the Petition For Writ of Habeas Corpus Ad Subjiciendum; and Supplemental Sworn Affidavit of Truth In Specific Negative Averment In Support of Petition For Writ of Habeas Corpus Ad Subjiciendum, unto this day remain unrebutted, so they stands as "Truth in Commerce/Law. As well, the maxim "Ignorance is no excuse for the Law," stands in effect on "All Public Officials in a seat of Office." See Appendix A!

Page - 2

**B.**                    <u>Statement Of Facts</u>

There are no Facts in dispute. The necessary Facts are Found in Petition For Writ Of Habeas Corpus Ad Subjiciendum pursuant to Art. I, § 13, Fla. Const.; Art. I, § 9, Cl. 2, U.S. Const.; Supplemental Sworn Affidavit Of Truth In Specific Negative Averment In Support Of Petition For Writ Of Habeas Corpus Ad Subjiciendum mailed/Filed 12/14/2021, to the 2d DCA; Motion For Rehearing/Clarification And Certification mailed/Filed on February 7, 2022, to the 2d DCA. See Appendix A, and E! A "MANIFEST INJUSTICE."

<u>Summary Of The Argument</u>

Petitioner has been deprived/denied a Constitutional Right to Due Process, by the Clerk Of Court 2d DCA in Case No. 2D21-3915, on January 26, 2022, entered a BY ORDER OF THE COURT that denied Petitioner's "Petition For Writ Of Habeas Corpus Signed by Clerk, and not Appeal Court Judges. See Appendix D! Petitioner has been deprived a Due Process Right to appeal court judge's ruling/decision on ALL documents listed in Appendix A, this is a clear abuse of discretion and usurpation of judicial power, to ignore a invalid statute.

<u>Argument</u>

See Supplental Sworn Affidavit Of Truth In Specific Negative Averment In Support Of Petition For Writ Of Habeas Corpus, incorporated in support of petition For writ Of habeas Corpus.

Page-3

## CONCLUSION

For all of the above reasons Petitioner requests that he be released immediately from unlawful imprison on charge's 775.084, and 893.13, Florida Statutes legally doe's not exist, and no authentic law, since the 1974 Legislature clearly demonstrating no adoption of any "REVISER'S BILL" by the 1974 Florida Legislature. The above unconstitutional statute no longer exists under the law. See Appendix A!

I certify/declare under the penalty of perjury, that all of the above is true, and correct, according to law.

Dated this 15, day of April_____, 2022.

ALPHONSO JAMES
ALPHONSO JAMES, Petitioner

Noble Alphonso-James: Sr.
Noble Alphonso-James: Sr. [Ei]          Right Thumb Print
Third Party Interpleader
"Authorized Representative,"
For ALPHONSO JAMES
%D81362
%52 West Unit Drive
Apalachee C. I. - West Unit
on Sneads, on FL [32460]
on North America,



Page - 4

## SWORN CERTIFICATE OF SERVICE

I, ALPHONSO JAMES, Petitioner by and through his "Authorized Representative," Noble, Alphonso-James: Sr. [Ei], undersigned by Special Visitation, do hereby affirm, certify, declare, and "FOR THE RECORD" under penalty of perjury that all the foregoing in Petition For Writ Of Habeas Corpus are 100% true, correct, and complete, and that copies of this Petition were placed into the hands of Prison Officials at Legal Mail for service and at A.C.I.-West Unit For mailing this 15th, day of April, 2022, to: Ashley Moody, Attorney General PL-01 The Capitol Tallahassee, Florida 32399.


Respectfully submitted,

ALPHONSO JAMES

ALPHONSO JAMES
Petitioner


Noble. Alphonso- James: Sr. [Ei]

Noble Alphonso-James: Sr. [Ei]          Right Thumb Print
Third Party Interpleader
"Authorized Representative,"
For ALPHONSO JAMES
%0 081362
% 52 West Unit Drive
Apalachee C.I.- West Unit
on Sneads, on FL [32460]
on North America



                    Page- 5

UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA
FORT MYERS DIV.

ALPHONSO JAMES,
Petitioner,

V.                                              CASE NO.

STATE OF FLORIDA,
Respondent.

SUPPLEMENTAL SWORN AFFIDAVIT OF
TRUTH IN SPECIFIC NEGATIVE AVER-
MENT IN SUPPORT OF PETITION FOR
WRIT OF HABEAS CORPUS

   I, ALPHONSO JAMES, Petitioner by and through his "Authori-
zed Representative," Noble Alphonso-James: Sr. [Ei], by
Special Visitation the undersigned do hereby affirm, cer-
tify, declare "FOR THE RECORD" and "ON THE RECORD"
under penalty of perjury, that the following factual points
below are 100% true, correct, and complete, not mislead-
ing, the truth, the whole truth and nothing but the truth,
so help me YAH, and I further attest under oath that the
STATE OF FLORIDA Respondent, cannot produce any fac-
tual physical evidence from the public record to refute,
and/or contradict this entire affidavit point-for-point, as
I deny under oath, with notary, and thumb print seal, no
such evidence exists to be produced.

6

<u>FACTUAL POINT 1</u>: "Indeed no more than (Affidavits) is necessary to make the prima facie case." United States v. Kiss, 658 F. 2nd 516, 536 (7th Cir. 1982); Cert Denied, 50 U.S.L.W. 2169 S. Ct. March 22, 1982.

<u>FACTUAL POINT 2</u>: On December 14, 2021, Petitioner filed/mailed a "Petition For Writ of Habeas Corpus Ad Subjiciendum, and Affidavit, is evidence of a violation of "Separation of Powers Constitutional Law presented to the District Court of Appeal Second District. See Appendix A! Petitioner has shown he is unlawfully imprisonment of a nonexistent crime of 893.13, Fla. Stat., because it is constitutionally impermissable for a statute to be enforceable under the law the 1974 Legislature has never enacted with a "REVISER'S BILL." See <u>B.H. v. State</u>, 645 So.2d 987, 992 (Fla. 1994). In <u>B.H.</u>, the Florida Supreme Court noted that "[t]he term 'legislative power' as used in Article III most particularly embraces statutes defining criminal offenses; and in the field of criminal law, the concept of separation of powers is directly linked to the constitution guarantee of due process." <u>Id.</u> at 992. The court specifically pointed out that, under Article X, Section 10 of the Florida Constitution, "no felony can exist under FLA. law unless created by a valid statute properly approved by the legislature." In this instant case, the Florida Statutes 775 thru 948, were not lawfully created and published by the legislature, instead, they were unlawfully and improperly enacted or created by statutory revision division of the Attorney Generals Office from 1974 to the present day. See Appendix A!

7

<u>FACTUAL POINT 3:</u> Separation of Powers (1896) Constitutional law. 1. The division of governmental authority into three branches of government — legislative, executive, and judicial, — each with specified duties on which neither of the other branches can encroach. "The doctrine of the separation of powers was adopted by the convention of 1787 not to promote efficiency but to preclude the exercise of arbitrary power. The purpose was not to avoid friction, but by means of the inevitable friction incident to the governmental powers among three departments, to save the people from autocracy." <u>Myers v. U.S.</u>, 272 U.S. 50, 293, 47 S.Ct. 21, 85 (1926) (Brandeis, J., dissenting).

<u>FACTUAL POINT 4:</u> Petitioner has been denied a Constitutional Right to three panel judges review, and decision on "Petition For Writ of Habeas Corpus Ad Subjiciendum," pursuant to Art. I, § 13, Fla. Const.; Art. I, § 9, Cl. 2, U.S. Const.; and Supplemental Sworn Affidavit of Truth In Specific Negative Averment In Support of Petition For Writ Of Habeas Corpus Ad Subjiciendum Filed on December 14, 2021, to the 2d DCA and denied by the Clerk on January 26, 2022; Motion For Rehearing/Clarification and Certification Filed on February 7, 2022, and denied by the Clerk on February 21, 2022. See Appendix A + E! The Clerk's Orders is not in compliance with Fla.R. App. P. 9.020 (h), an order is rendered when signed by a judge, and filed with the court Clerk; 827 So.2d 888: Amendment to Fla. Rules of Appellate Procedure: August 29, 2002, Opinion of Fla. S.Ct.. The 2d DCA Clerk's Orders entered on 01/26/2022, and 02/21/2022, is a private practice of law, and the Clerk shall not

engage in the private practice of law while serving as Clerk. Florida Rules of Judicial Administration 2.210 (b) (1). In *Harrison v. State*, 573 So. 2d 60 (Fla. 5th DCA 1990) (the court held that a form styled "Court minutes/order" was not an order, because it was signed by the clerk and not by the trial judge; *State v. J.M.C.*, 714 So. 2d 1173 (Fla. 2nd DCA 1998) (the signature requirement is not met merely by rubber stamping the judge's signature on the order), as in this instant case. See Appendix E, no judges signature on the order, "Manifest Injustice," and "Miscarriage of Justice."

**FACTUAL POINT 5:** The Clerk's orders at Appendix E, has deprived/denied Petitioner a Constitutional Right to Due Process; The conduct of legal proceedings according to established rules and principles for the protection and enforcement of private rights, including notice, and the right to a fair hearing before a tribunal with power to decide the case; "The words, 'due process of law,' were undoubtedly intended to convey the same meaning as the words, 'by the law of the land,' in Magna Charta." *Murray's Lessee v. Hoboken Land & Improvement Co.*, 59 U.S. (18 How) 272, 276 (1856); "Due process of law in each particular case means, such an exertion of the powers of government as the settled maxims of law sanction, and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one question belong." Thomas M. Cooley, A Treatise on the Constitutional Limitations 356 (1868).

9

<u>FACTUAL POINT 6</u>: The 2d DCA Orders at Appendix E denied Petitioner a Constitutional Right to a decision by the judges of the court, pursuant to his habeas corpus, and affidavit of evidence of "Separation of Powers." See Appendix A! Separation of power is a constitutional doctrine that might be used to challenge executive action, it would be a hollow idea if it applied only to some procedures and not others. The Respondent is not in compliance with the Maxims of Law below:

A. Guaranteed— All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves, and endow it with credibility by expressing it in their affidavit.

B. All corporate government is based upon Commercial Contracts, Commercial Liens, and Commercial Distresses, here, governments cannot exercise the power to expunge commercial processes.

C. Except for a jury, it is also a fatal offense for any person even a Judge, to impair or to expunge, without a counter affidavit, or any commercial process based upon an affidavit.

D. Judicial non-jury comercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit, and a Commercial Liability Bond.

10

E. A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

F. Governments cannot make unbonded ruling or statutes which control commerce, free enterprise citizens or proprietorships without suspending commerce by a general declaration of Martial Law.

G. It is tax fraud to use courts to settle a dispute/controversy which could be settled peacefully outside or without the court.

H. An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

I. An official who impairs, debouches, voids or abridges an obligation of contracts or the effect of a commercial claim without proper cause becomes a debtor, and his/her bond becomes forfeited as the pledge to secure the claim. Pound breach (breach of impoundment) rescue is a felony.

J. It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a commercial claim, only the claimant or a jury can dissolve a commercial claim.

The judicial power conferred upon courts is the power to say what the law is, not the power to change it. <u>Charles v. State</u>, 204 So.3d 63 (Fla. 4th DCA 2016); <u>James B. Beam Distilling v. Georgia</u>, 501 US 529, 549 (1991).

11

**FACTUAL POINT 7:** The entitlement to an accurate, proper and legal ruling/decision by the Judges in the 2d DCA, pertaining to Petitioner's Petition For Writ Of Habeas Ad Subjiciendum pursuant to Art. I, § 13, Fla. Const.; Art I, § 9, Cl. 2, U.S. Const.; and Supplemental Sworn Affidavit Of Truth In Specific Negative Averment In Support Of Petition For Writ Of Habeas Corpus Ad Subjiciendum; See Appendix A, and Appendix E, legally deprived of equal protection of the law; legally deprived of ALPHONSO JAMES, liberty; and deprived of a fair appellate judiciary to hear and decide his habeas corpus and affidavit, that conforms to the Constitution of the United States limiting its power to interpreting and applying the law, as is its duty, without operation in violation of the constitutional doctrine of checks and balances designed to protect the Petitioner (and the People) against tyranny, of which will issue the appropriate legal orders as will administer Justice, and due to the aforementioned illegalities he is illegally detained for thirty- (30) years.

**FACTUAL POINT 8:** Back To The Basics Of Government

"With all the complexities of the annals of law in our Government there are times when the basics must be revisited to remind the Powers that be, why they exist, what is their duties, and where their limitations lie as defined by their respective Oath or Affirmation—for the prevention of injustices, or repair of such, that could occur or have occured, upon the subjects, to whom they ultimately serve - because complacency can, on occasion, cause an assumption of Authority extended by that Power beyound its limits legally defined, whether by mistake or in arrogance, such an encroachment on the Power of the other, a violation of this country's constitutional

doctrine of checks and balances designed to protect that People against tyranny, fractures the integrity for which All of Our Governmental Powers stand."

## FACTUAL POINT 9:    THE NATURE OF RELIEF SOUGHT

The nature of the relief sought by this petition is a writ of habeas corpus commanding the Respondent to release Petitioner from unlawful custody of imprisonment in Case 89-890CF, as a manifest injustice, and classic miscarriage of justice, for the Twentieth Judicial Circuit Court Lee County, Florida has detained petitioner illegally for a current time of (30) years, discharge ALPHONSO JAMES, from custody entirely by appropriate Order, because the above court invoked 893.13, and 775.084, Florida Statutes, that is no authentic law, since the 1974 Legislature, no adoption of any "REVISER'S BILL" by the 1974 Florida Legislature, in violation of Article III, Sections 4, 6, 7, and 9, Florida Constitution, Separation of Powers, where illegalities occurred of laws that do not exist, or in the secondary alternative, issuance by this Court order the relief that is appropriate as will Serve judicial economy without delay, and also serve the means of expedient justice.

## FACTUAL POINT 10:    The Constitution Of The United States Of America, Article I, Section 9, Clause 2, Habeas Corpus: The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in cases of Rebellion or Invasion the public safety may require it.

### Article VI, Clause 2, Supreme Law

This Constitution and the Laws of the United States

13

which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, Under the Authority of the United States, Shall be the Supreme Law of the Land; and the Judges in every State Shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

### Article VI, Clause 3, Oath Of Office

The Senators and Representatives before mentioned, and the Members of the Several State, Legislatures, and all executive and judicial Officer's, both of the United States and of the several states, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test Shall ever be required as a Qualification to any Office or public Trust under the United States.

### Amendment V (1791)

No person shall be....deprived of life, liberty, or property, without due process of law;

### Amendment XIV (1868)

Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States, nor shall shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law.

The two due process Clause in the U.S. Constitution above-

14

Stated - the 5th Amendment applying to the federal government, and the 14th Amendment applying to the States the 5th Amendment's due process clause also applies to the States under the incorporation doctrine - are the constitutional provisions that prohibits the government from unfairly from unfairly or arbitrarily depriving a person of life, liberty, or property. Black's Law Dictionary, pg. 424 (8th Abridged Ed. 2005).

The right of due process and the right to equal protection under the law are part of an individual's civil rights of personal liberty guaranteed by the Bill of Rights and by the 13th, 14th, 15th, and 19th Amendments, as well as by legislation such as the Voting Rights Act. Id at 204.

The above stated civil rights or civil liberties are freedoms from undue governmental interference or restraint. Id at 203, as in this instant case. See Appendix A-E!

**FACTUAL POINT 11:**  **Habeas Corpus-Independent Civil Proceeding:** The habeas corpus is a writ employed to bring a person before a court, most frequently to ensure that the party's imprisonment or detention is not illegal. Id at 589

Habeas Corpus is a common law remedy designed to afford a prompt judicial determination of the legality of a detention or restraint under which a person is held... Although it is usually associated with criminal law, habeas corpus is actually an independent civil proceeding that is available in both civil and criminal cases. Florida Appellate Practice, J. Padovano, § 28.6, p. 694 (2007 Ed.).

15

**FACTUAL POINT 12:** In this instant Case, Petitioner has been deprived of due process of a three panal judges review, and decision on "Petition For Writ Of Habeas Corpus Ad Subjiciendum," pursuant to Art. I, § 13, Fla. Const.; Art. I, § 9, Cl. 2, U.S. Const.; and "Supplemental Sworn Affidavit of Truth In Specific Negative Averment In Support Of Petition For Writ Of Habeas Corpus Ad Subjiciendum," See Appendix A-E, a manifest injustice, an error in the 2dDCA Case No. 2D21-3915, that is direct Obvious, and observable, miscarriage of justice.

## Legal Deprivation Of Life, Liberty, Or Property By Due Process

In order to legally detain, restrain or imprison a person depriving the individual of his liberty, confining the individual person to a prison, mental hospital, or other institution, due process of law must be afforded to that individual to make his detention and commitment orders legal. U.S. Const. 5, 14.

Due process affords every U.S. citizen the conduct of legal proceedings according to established rules and principles for the protection and enforcement of private rights. Black's Law's Dictionary, p. 424 (8th Abridged Ed. 2005).

Substantive due process is the doctrine that the due process Clause of the 5th and 14th Amendments require legislation to be fair and reasonable in content and to further a legitimate, governmental Objective. Id.

The due process rights (as to life, liberty, and property) are so fundamentally important as to require compliance with due-process standards of fairness and justice. Id.

16

A miscarriage of justice is defined as, "A grossly unfair outcome in a judicial proceedings, as when a defendant is convicted despite a lack of evidence on an essential element of the crime." Id at 836.

A manifest injustice is defined as "An error in trial court that is direct, obvious, and observable..." Id at 804.

**FACTUAL POINT 13:** That in this instant case, petitioner has shown there was error, was plain, affected petitioner's substantial rights; and affected the fundamental fairness of the proceedings, a MANIFEST INJUSTICE - THE PLAIN ERROR STANDARD. See U.S. v. Quintana, 300 F. 3d 1227, 1232 (11th Cir. 2002); U.S. v. Olano, 507 U.S. 725 (1993). In this instant case before this court, is evidence of a violation of "Separation of Powers," See Appendix A-E, is plain error at trial affected the defendant's constitutional rights. See, e.g., U.S. v. Torres, 901 F. 2d 205, 228 (2d Cir. 1990).

**FACTUAL POINT 14:** Separation of Powers, The Separation of Powers divides the government into three branches of government- legislative, executive, and judicial, - each with specified duties on which neither of the branches can encroach; the constitutional doctrine of checks and balances designed to protect the people against tyranny. Black's Law Dictionary, p. 1134 (8th Abridged Ed. 2005).

17

Every grade schooler taking a government class
can define that (1) the legislative branch is respon-
sible for enacting laws, Id. at 752; (2) the executive
branch is responsible and charged with administering
and carrying out the law, Id. at 485; and (3) the judicial
branch consists of the courts, whose function is to
interpret, apply [the law] and generally administer justice.
Id. at 703.

Legislative Power
The Legislative Power, [Constitutional Law], is the power
to make laws and to alter them; a legislative body's
exclusive authority to make, amend, and repeal laws
belongs to the legislative branch. Id. at 752.

Under Federal law, this power is vested in congress,
consisting of the House of Representatives and the
Senate. Id.

A legislative body may delegate a portion of its law making
authority to agencies within the executive branch for pur-
poses of rulemaking and regulation. But a legislative
body may not delegate its authority to the judicial
branch, and the judicial branch may not encroach on
legislative duties. Id.; Art. I, U.S. Const..

Executive Power
The Executive Power, [Constitutional Law], is the power
of see that the law's are duly executed and enforced.
Under Federal law, this power is vested in the [POTUS]

18

President [of the United States]; in the state, it is vested in the governors. The president's enumerated powers are found in the U.S. Constitution, Art. II, § 2; governor's executive powers are provided for in state constitutions. Id at 486 (emphasis added); Art. III, U.S. Const.

## Judicial Power

The Judicial Power is the authority vested in courts and judges to hear and decide cases and to make binding judgments on them; the power to construe and apply the law, when controversies arise over what has been done or not done under it. Under federal law, this power is vested in the U.S. Supreme Court, and in whatever inferior courts congress establishes. Id at 704, Art. III, U.S. Const.

**FACTUAL POINT 15:** To recapitulate the law and illegalities in demonstration of the unlawful detention of Alphonso James presented-aforementioned; The Supreme Law of the Land (U.S. Constitution) sets out the law, and foundation of the three branches of government Legislative (Article I), Executive (Article II) and Judicial (Article III), along with their respective limited powers bound by Oath or Affirmation therein, Article I, II, III, VI, U.S. Const.;

Under Article I, section 9, the independent civil remedy of habeas corpus is guaranteed, and shall not be suspended for every person to challenge and prevent a person from illegally being detained. Art. I, § 9, U.S. Const.;

19

With the sole Legislative Power of Congress, in writing law, No branch of Our government can abridge the right of the United States citizens to access of the courts by law for redress of grievance U.S. Const. Amend I.;

The Executive Power must see that the laws of the Legislative Power are duly executed and enforced. Art. II, U.S. Const.;

And the Judicial Power must take the laws as they are written, interpret and apply them, in its courts, by its judges, to hear and decide cases, making binding judgments in settlement of controversies between parties that arise, without over stepping its, and of the others', Powers, rewriting and enforcing alternate laws than it was put in place to uphold, ensuring due process and equal protection of the law, so that no person is illegally deprived of life, liberty, or property without such, administering and allowing equal justice to all. Art. III, and Amend. 5, 14, U.S. Const.

In this case, ALPHONSO JAMES, was deprived of his life, and liberty, without due process, because the Florida Statutes 775.084, and 893.13, invoked by the Trial Court, and State Attorney convicted for nonexistent crime, and 30 years illegally detained, where, does not constitutionally exist, the above Statutes were not properly enacted in 1974, without a "REVISER'S BILL" by the Florida Legislature, to this present day,

20

and law was not followed by the judiciary, inter alia, yet have not had the proper, fair, and legal justice. under the laws we the People all share under Our Constitution of the United States, due to all of the aforementioned illegalities that have occurred, and been incurred in STATE OF FLORIDA v. ALPHONSO JAMES.

**FACTUAL POINT 16:** In commerce he who leaves the battlefield first loses by default; by silence is consent, tacit admission, acquiescence, and agreement to ALL factual points in this affidavit. By silence and failure to rebut this entire affidavit point-for-point, with a counter affidavit within (30) days of service, the Respondent agrees and concedes this entire affidavit is 100% true, correct, and complete.

**FACTUAL POINT 17:** Based on all of the aforementioned law and factual points 1-16, in this affidavit, both federal and state, including all precedence on such illegalities involving the errors revealed herein, this Court and all courts of this case jurisdiction under the Constitution of the United States must, can and should intervene by granting and issuing writ of habeas corpus under this case's extraordinary circumstances.

21

By Divine Inspiration through
Pen and Ink To Restore the
Balances of Justice, Faith and Mercy
on behalf of:

<u>ALPHONSO JAMES</u>
ALPHONSO JAMES
Petitioner, Pro Se.

<u>Noble Alphonso-James: Sr. [E:]</u>
Noble Alphonso-James: Sr. [E:]
Third Party Interpleader
"Authorized Representative," For
ALPHONSO JAMES
℅ 081362
℅ 52 West Unit Drive
Apalachee C.I.-West Unit
on Sneads, on Florida [32460]
on North America

Right Thumb Print



<u>Important Notice:</u> What is even more troubling is that the 2d DCA
never even notice the illegality plain in Petition
For Writ of Habeas Corpus Ad Subjiciendum, and
Affidavit, did nothing to - - - - - notice the Con-
stitutional violation of Separation of Powers.

**·OATH**

I, the person bringing this affidavit, do
swear or affirm that the facts set forth in
the foregoing affidavit and attachments
thereto are true and correct to the best of
my knowledge and belief.

<u>Alphonso James</u>
**SIGNATURE OF PETITIONER**

STATE OF __Florida__
COUNTY OF __Jackson__

Sworn to (or affirmed) and subscribed before me this
__15__ day of __April__,
20__22__, by __James, Alphonso__.
_____
(name of person making statement)

_____
(Signature of Notary Public)

Kelsey Biller
Notary Public
State of Florida
Comm# HH082250
Expires 1/19/2025

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ____ OR Produced Identification __X__
Type of Identification Produced: __State ID__

22

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true, accurate, and correct copy of this Supplemental Sworn Affidavit of Truth In Specific Negative Averment In Support of Petition For Writ Of Habeas Corpus Art. I, § 9, Cl. 2, U.S. Const. /28 U.S.C. § 1651 (a), and all appendices attachments have been placed in the hands of Apalachee C.I. - West Unit to be mailed by U.S. Mail to: U.S.D.C. - M.D. U.S Courthouse and Federal Building 2110 First Street, Fort Myers, FL 33901; Ashley Brook Moody, Attorney General The Capitol PL-01, Tallahassee, FL 32399-1050; and upon such placement is deemed filed pursuant to Houston v. Lack, 487 U.S. 266 (1988), on this 15, day of April, 2022.

Exigently Served By,

ALPHONSO JAMES
ALPHONSO JAMES
Petitioner

Noble Alphonso-James: Sr. [EI]
Noble Alphonso-James: Sr. [EI]          Right Thumb Print
Third Party Interpleader
"Authorized Representative,"
For ALPHONSO JAMES
℅ 081362
℅ 52 West Unit Drive
Apalachee C.I. - West Unit
on Sneads, on FL [32460]
on North America.



23